IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLOTTE MALDONIS
a/k/a CHARLOTTE JOHNSON,

    Plaintiff,

v.

CITY OF SHELL LAKE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-460-slc

This action came for consideration before the court with District Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant City of Shell Lake and this case is dismissed.

_____
Joel W. Turner, Acting Clerk of Court

10-29-08
Date